RECEIVED
JUN 30 2006
Clerk of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

COGENT COMPUTER SYSTEMS, INC.
Plaintiff,
v.
TURBOCHEF TECHNOLOGIES, INC.
Defendant.

C.A. No. 06-280 S

**STIPULATION**

Plaintiff Cogent Computer Systems, Inc. and Defendant Turbochef Technologies, Inc. hereby stipulate and agree, pursuant to Local Rule 29(b), that the time for Defendant Turbochef Technologies, Inc. to answer or otherwise respond to Plaintiff's Complaint is hereby extended until August 9, 2006.

COGENT COMPUTER SYSTEMS, INC.
By its Attorneys,

Peter P.D. Leach /DAW

PETER P.D. LEACH (#3955)
One Charles Street
Providence, RI 02904
Tel: (401) 521-9100
Fax: (401) 521-9120
Dated: June 30, 2006

TURBOCHEF TECHNOLOGIES, INC.
By its Attorneys,

DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: June 30, 2006

ENTER

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/5/06