UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COGENT COMPUTER SYSTEMS, INC. :

VS. : C.A. NO. : 06-280S

TURBOCHEF TECHNOLOGIES, INC. :

AFFIDAVIT OF SERVICE

1. I, Peter P.D. Leach, Esq., represent Plaintiff in this matter.

2. On June 14, 2006, service of the summons and complaint upon Defendant, Turbochef Technologies, Inc., was effectuated by mailing the summons and complaint by certified mail, return receipt requested to Turbochef Technologies, Inc., 615 South Dupont Highway, Dover, Delaware 19901. See Proof of Service, attached hereto.

3. That on June 21, 2006, I received the attached return receipt, Article No. 7004 2510 0003 4879 4457, executed by, or on behalf of the Defendant, Turbochef Technologies, Inc.

4. That on July 12, 2006, I made the proof of service to the Clerk of the United States District Court for the District of Rhode Island.

Peter P.D. Leach, Esq. #3955
One Charles Street
Providence, RI 02904
(401) 521-9100

Subscribed and sworn to before me this 12th day of July, 2006.

Notary Public 54120
My Commission expires 10/15/08

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Peter P.D. Leach, Esq.
1 Charles Street
Providence, RI 02904

C051

# UNITED STATES DISTRICT COURT

District of

Cogent Computer Systems, Inc.

## SUMMONS IN A CIVIL CASE

V.

TurboChef Technologies, Inc.

CASE NUMBER: CA 06 280 S

TO: (Name and address of Defendant) TurboChef Technologies, Inc.
c/o National Corporate Research, Ltd.
615 South Dupont Highway
Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter P. D. Leach, Esq.
1 Charles Street
Providence, Rhode Island 02904

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 6.14.06

(By) DEPUTY CLERK