UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-280 S |
| TURBOCHEF TECHNOLOGIES, INC. | : | |
| Defendant. | : | |

**RULE 7.1 DISCLOSURE STATEMENT OF**
**DEFENDANT TURBOCHEF TECHNOLOGIES, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Turbochef Technologies, Inc. hereby states that there is no corporate parent or any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Defendant Turbochef Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of August, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

/s/ *David A. Wollin*

386196_1.doc