UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. | : | |
| *Plaintiff* | : | |
| | : | |
| VS. | : | C.A. NO. 06-280 S |
| | : | |
| TURBOCHEF TECHNOLOGIES, INC. | : | |
| *Defendant* | : | |

**ENTRY OF APPEARANCE**

I, Christine M. Curley, hereby enter my appearance on behalf of attorney Plaintiff Cogent Computer Systems, Inc., in the above-captioned action.

Respectfully submitted,

COGENT COMPUTER SYSTEMS, INC.
By its Attorney,

/s/ Christine M. Curley
CHRISTINE M. CURLEY (#4529)
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
FAX (401) 294-0849
christinecurley@earthlink.net

## CERTIFICATION

I hereby certify that on this 25th day of August 2006, I did send a true copy of the within document by electronic means (ECF) to:

David A. Wollin
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
dwolin@apslaw.com

/s/ Christine M. Curley