# EXHIBIT 1

To: terry.gray@turbochef.com
Subject: ARM SBC

Terry,

It was a pleasure to talk with you today. A we spoke of, Cogent will propose the following for your project. Please let me know if anything is wrong or missing.

1. CSB637 Atmel AT91RM9200 uSBC fitted with 128Mbyte SDRAM and 8MB Flash.
2. Custom target board with appropriate connectors, SD Card socket, ADC and/or DAC via SPI.
3. 64Mbyte SD or MMC card.

Price at 5K is $149/ea plus actual PCB and parts only cost of target. Delivery would be in lots of 500 with each build prepaid. The first 500 would be prepaid at the start in order to fund the custom target. There would be no NRE for this board.

Cogent will charge a license fee of $125K after the first 5000 units if TurboChef wishes to do so. The design can be "flattened" (ie reduced to one board) for an additional fee of $25K plus costs (PCB, parts, etc for up to 25 units). Also, Cogent will provide up to 6 months of production support for TurboChefs manufacturer at a fee of $25K. This will include email and limited phone support, but no travel.

Price for the flattened design if TurboChef chooses to have us manufacture some is $149. Minimum order would be 1K.

I think that covers it! Nice and simple, I hope.

Regards,
Michael

Michael J. Kelly
VP Engineering
Cogent Computer Systems, Inc.
10 Industrial Dr., Unit B
Smithfield, RI 02917
tel:401-223-3441 fax:401-223-3442
www.cogcomp.com
alternate email: mkelly6505@hotmail.com