# EXHIBIT 2

**Bill To:**
**TurboChef Technologies, Inc.**
**Six Concourse Parkway**
**Suite 1900**
**Atlanta GA 30328-6183**

| **PURCHASE ORDER** | |
|---|---|
| **Purchase Order No.** | PO600090 |
| **Date** | 1/18/2006 |
| **Revision Number** | |

**Vendor:**

Cogent Computer Systems, Inc
10 Industrial Dr., Unit B
Smithfield RI 02917

Phone: (401) 223-3441
Fax: (401) 223-3442

**Ship To:**

**TurboChef Technologies, Inc.**
**4240 International Pkwy, Suite 105**
**Carrollton, TX 75007**

Phone: (214) 379-6000
Fax: (214) 379-6085

^ Changed Since the Previous Revision

**** MUST BE ROHS COMPLIANT 1/6/2006 ****

| Shipping Method | Payment Terms | FOB | TurboChef Purchasing Contact | Page |
|---|---|---|---|---|
| | | None | April | 1 |

| L/N | Vendor Item Number / Description | TurboChef Item | Rev Level | Req. Date | U/M | Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 1 | CSB637-128M module | CSB637-128M | | 7/1/2007 | Each | 5,000 | $149.000 | $745,000.00 |
| 2 | CSD937TC brkout | CSD937TC | | 7/1/2007 | Each | 5,000 | $30.000 | $150,000.00 |

500 due by 04/01/06
375 due every month after that until all 5,000 are delivered

^TurboChef will pre-pay for the first 500 of each board totaling $89,500. First 500 of each board are due by April 1,2006. The remaing 4500 of each board to be delivered over a period of one year,

| | |
|---|---|
| **Subtotal** | $895,000.00 |
| **Trade Discount** | $0.00 |
| **Freight** | $0.00 |
| **Miscellaneous** | $0.00 |
| **Tax** | $0.00 |
| **Order Total** | $895,000.00 |

M. J. Abbott
**Authorized Signature**

6554-556.002