# EXHIBIT 3

Subject: FW: Cogent PO
To: "Michael Kelly" <mike@cogcomp.com>

Terry Gray
Turbochef Technologies, Inc.
4240 International Pkwy, Suite 105
Carrollton, TX 75007
Phone: 214/379-6022

-----Original Message-----
From: Miguel Fernandez
Sent: Wednesday, January 25, 2006 2:08 PM
To: Terry Gray
Subject: RE: Cogent PO

Yes.

Miguel Fernandez de Castro
V.P. Finance & Controller
TurboChef Technologies, Inc.
678.987.1704 (office)
678.987.1734 (fax)
miguel.fernandez@turbochef.com

-----Original Message-----
From: Terry Gray
Sent: Wednesday, January 25, 2006 2:56 PM
To: Miguel Fernandez
Subject: RE: Cogent PO

Could we possibly FedEx that check, even if it means using the vendor's FedEx number?

Terry Gray
Turbochef Technologies, Inc.
4240 International Pkwy, Suite 105
Carrollton, TX 75007
Phone: 214/379-6022

-----Original Message-----
From: Miguel Fernandez
Sent: Wednesday, January 25, 2006 11:16 AM
To: Terry Gray
Subject: RE: Cogent PO

Payment can go out immediately. Thanks.

Miguel Fernandez de Castro
V.P. Finance & Controller
TurboChef Technologies, Inc.
678.987.1704 (office)
678.987.1734 (fax)
miguel.fernandez@turbochef.com

-----Original Message-----
From: Terry Gray
Sent: Wednesday, January 25, 2006 10:22 AM
To: Miguel Fernandez
Subject: RE: Cogent PO

Thanks...now, when exactly will the pre-payment check for the first 500 boards from Cogent be cut? Remembering that the pre-payment is in lieu of an NRE fee, and that our schedule is extremely tight...about 30 days to complete the design of the board in order to make an April 1st delivery, it is important for us to expedite getting them the money.

Terry Gray
Turbochef Technologies, Inc.
4240 International Pkwy, Suite 105
Carrollton, TX 75007
Phone: 214/379-6022
-----Original Message-----
From: Miguel Fernandez
Sent: Wednesday, January 25, 2006 8:49 AM
To: Terry Gray; Crystal Patmore
Subject: Re: Cogent PO

Ok. We will issue po today.
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Terry Gray
To: Miguel Fernandez
Sent: Wed Jan 25 09:20:58 2006
Subject: RE: Cogent PO

It was our collective understanding that we had ALL agreed to purchase the units over the original 12 month commit.

Terry Gray
Turbochef Technologies, Inc.
4240 International Pkwy, Suite 105
Carrollton, TX 75007
Phone: 214/379-6022
-----Original Message-----
From: Miguel Fernandez
Sent: Tuesday, January 24, 2006 3:59 PM
To: Terry Gray
Cc: April McLain
Subject: Cogent PO

Has this PO been updated to reflect the extended 18 month purchase commit?

Thanks.

Miguel Fernandez de Castro
V.P. Finance & Controller
TurboChef Technologies, Inc.
678.987.1704 (office)
678.987.1734 (fax)
miguel.fernandez@turbochef.com