# EXHIBIT 4

TURBOCHEF TECHNOLOGIES, INC.
6 CONCOURSE PKWY N.E., SUITE 1900
ATLANTA, GA 30328
(678) 987-1700

Bank of America
ACH R/T 061000052

64-5/610 GA
415

051763

1/25/2006
DATE

$89,500.00
AMOUNT

Eighty Nine Thousand Five Hundred Dollars And 00 Cents

PAY TO THE ORDER OF

Cogent Computer Systems, Inc
10 Industrial Dr., Unit B
Smithfield RI 02917

⑈051763⑈ ⑆061000052⑆ 003270590435⑈

051763

| Vendor ID | Name | Payment Number | Check Date | Document Number |
|---|---|---|---|---|
| COG100 | Cogent Computer Systems, Inc | 00000000000027362 | 1/25/2006 | 51763 |

| Our Voucher Number | Date | Amount | Amount Paid | Discount | Net Amount Paid |
|---|---|---|---|---|---|
| Prepayment | 1/25/2006 | $0.00 | $89,500.00 | $0.00 | $89,500.00 |
| | | $0.00 | $89,500.00 | $0.00 | $89,500.00 |

PREPAYMENT ON PO#600090