# EXHIBIT 6

**TURBOCHEF**

4240 International Pkwy., Suite 105 · Carrollton, Texas 75007 · USA · Telephone: 214-379-5000 · Fax: 214-379-6073

# FAX COVER SHEET

**DATE:** February 23, 2006

| | | | |
|---|---|---|---|
| **TO:** | Micheal Kelly | **FROM:** | April McLain |
| **COMPANY:** | Cogent Computer Systems | **COMPANY:** | TURBOCHEF TECHNOLOGIES, INC |
| **PHONE:** | 401-223-3441 | **PHONE:** | 214-379-6002 |
| **FAX:** | 401-223-3442 | **FAX:** | 214-379-6061 |

**REF:** New purchase order

No of pages Include cover sheet: __2_____

**Message:**

Feb. 23. 2006 11:34AM Turbochef 214 379 6073 No. 4692 P. 2/2

**Bill To:**
TurboChef Technologies, Inc.
Six Concourse Parkway
uite 1900
lanta GA 30328-6183

| PURCHASE ORDER | |
|---|---|
| Purchase Order No. | PO500862 |
| Date | 2/23/2006 |

**Vendor:**
Cogent Computer Systems, Inc
10 Industrial Dr., Unit B
Smithfield RI 02917

Phone: (401) 223-3441
Fax: (401) 223-3442

**Ship To:**
TurboChef Technologies, Inc.
4240 International Pkwy, Suite 105
Carrollton, TX 75007

Phone: (214) 379-6000
Fax: (214) 379-6085

* Changed Since the Previous Revision

**** MUST BE ROHS COMPLIANT 1/6/2006 ****

| Shipping Method | Payment Terms | FOB | TurboChef Purchasing Contact | Page |
|---|---|---|---|---|
| | | None | April | 1 |

| L/N | Vendor Item Number / Description | TurboChef Item | Rev Level | Req. Date | U/M | Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 1 | SPINNING OF PCB<br>spining of PCB | SPINNING OF PCB | | 2/27/2006 | Each | 1 | $1,500.000 | $1,500.00 |

Please ship attention Terry Gray

| | |
|---|---|
| Subtotal | $1,500.00 |
| Trade Discount | $0.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Tax | $0.00 |
| Order Total | $1,500.00 |

[signature]
Authorized Signature

TURBOCHEF

4240 International Pkwy., Suite 105 • Carrollton, Texas 75007 • USA • Telephone: 214-379-6000 • Fax: 214-379-6073

# FAX COVER SHEET

**DATE:** March 6, 2006

| | | | |
|---|---|---|---|
| **TO:** | | **FROM:** | April McLain |
| **COMPANY:** | Cogent Computer Systems | **COMPANY:** | TURBOCHEF TECHNOLOGIES, INC |
| **PHONE:** | 401-223-3441 | **PHONE:** | 214-379-6002 |
| **FAX:** | 401-223-3442 | **FAX:** | 214-379-6081 |

**REF:** Cogent PO

No of pages include cover sheet: __1_____

**Message:**

**Bill To:**
TurboChef Technologies, Inc.
Six Concourse Parkway
Suite 1900
Atlanta GA 30328-6183

| PURCHASE ORDER | |
|---|---|
| Purchase Order No. | PO600404 |
| Date | 3/6/2006 |
| | |

**Vendor:**
Cogent Computer Systems, Inc
10 Industrial Dr., Unit B
Smithfield RI 02917

Phone: (401) 223-3441
Fax: (401) 223-3442

**Ship To:**
TurboChef Technologies, Inc.
4240 International Pkwy, Suite 105
Carrollton, TX 75007

Phone: (214) 379-6000
Fax: (214) 379-6085

^ Changed Since the Previous Revision

**** MUST BE ROHS COMPLIANT 1/6/2006 ****

| Shipping Method | Payment Terms | FOB | TurboChef Purchasing Contact | Page |
|---|---|---|---|---|
| | | None | Sam | 1 |

| L/N | Vendor Item Number / Description | TurboChef Item | Rev Level | Req. Date | U/M | Ordered | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|---|
| 1 | RWD BOARD<br>Expedite fee for residential board inclu | RWD BOARD | | 3/17/2006 | Each | 25 | $379.000 | $9,475.00 |

| | |
|---|---|
| Subtotal | $9,475.00 |
| Trade Discount | $0.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Tax | $0.00 |
| Order Total | $9,475.00 |

Authorized Signature

TURBOCHEF

4240 International Pkwy., Suite 105 • Carrollton, Texas 75007 • USA • Telephone: 214-379-6000 • Fax: 214-379-6073

# FAX COVER SHEET

**DATE:** May 4, 2006

| | | | |
|---|---|---|---|
| **TO:** | | **FROM:** | Sam Scull |
| **COMPANY:** | Cogent Computer Systems | **COMPANY:** | TURBOCHEF TECHNOLOGIES, INC |
| **PHONE:** | 401-223-3441 | **PHONE:** | 214-379-6024 |
| **FAX:** | 401-223-3442 | **FAX:** | 214-379-6081 |

**REF:** New purchase order

No of pages include cover sheet: ____2___

**Message:**

**Bill To:**
**TurboChef Technologies, Inc.**
**Six Concourse Parkway**
**Suite 1900**
**Atlanta GA 30328-6183**

| **PURCHASE ORDER** | |
|---|---|
| Purchase Order No. | PO600775 |
| Date | 5/2/2006 |
| | |
| Exchange Rate | 0.0000000 |

**Vendor:**

Cogent Computer Systems, Inc
10 Industrial Dr., Unit B
Smithfield RI 02917

Phone: (401) 223-3441 Fax: (401) 223-3442

**Ship To:**

Nu-Way Industies
555 Howard Ave.
Des Plaines, IL 60018

Phone: (214) 379-6000 Fax: (214) 379-6081

^ Changed Since the Previous Revision

**** MUST BE ROHS COMPLIANT 1/6/2006 ****

| Shipping Method | | Payment Terms | FOB | TurboChef Purchasing Contact | | | Page | |
|---|---|---|---|---|---|---|---|---|
| | | | Origin | Sam | | | 1 | |
| L/N | Vendor Item Number / Description | TurboChef Item | Ordered | Req. Date | U/M | Remaining | Unit Price | Ext. Price |
| 1 | RWD-9375<br>CONTROL BOARD | RWD-9375 | 30 | 6/2/2006 | ea | 30 | $399.0000 | $11,970.00 |

| | |
|---|---|
| Subtotal | $11,970.00 |
| Trade Discount | $0.00 |
| Freight | $0.00 |
| Miscellaneous | $0.00 |
| Tax | $0.00 |
| Order Total | $11,970.00 |

[signature] Mike Dobie

Authorized Signature