UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. | : | |
| *Plaintiff* | : | |
| | : | |
| VS. | : | C.A. NO. 06-280 S |
| | : | |
| TURBOCHEF TECHNOLOGIES, INC. | : | |
| *Defendant* | : | |

**MOTION FOR CONTINUANCE OF HEARING**

Plaintiff, Cogent Computer Systems, Inc., hereby requests a short continuance of the hearing presently scheduled for September 18, 2006 at 10:00 a.m. before Magistrate Judge David L. Martin on Defendant's Motion to Dismiss or Alternatively Motion to Stay and Compel Arbitration. The Notice of the scheduling of the hearing was sent to all parties on August 30, 2006.

As grounds for its request for a continuance, Plaintiff states that it received Defendant's Reply Brief with accompanying Declaration on September 12, 2006 and needs additional time to respond. Defendant has filed a twenty (20) page brief raising new legal issues and arguments that were not addressed in Defendant's initial motion or Plaintiff's Opposition. In addition, Defendant submitted a Declaration of an additional witness which purports to contradicts the Affidavit submitted by Cogent's principal, Michael Kelly.

Plaintiff requests a two week continuance, to October 2, 2006, or such time thereafter as the Court deems appropriate, in order to fully respond to the legal and factual issues in Defendant's Reply Brief.

Respectfully submitted,

COGENT COMPUTER SYSTEMS, INC.

By its Attorney,

/s/Peter P.D.Leach
Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
Fax (401) 521-9120
PeterleachLaw@aol.com

/s/ Christine M. Curley
Christine M. Curley
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
Fax. (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that a true copy of the within document was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 5th day of September 2006:

David A. Wollin
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
dwolin@apslaw.com

/s/ Christine M. Curley