UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. *Plaintiff* | : | |
| VS. | : | C.A. NO. 06-280 S |
| TURBOCHEF TECHNOLOGIES, INC. *Defendant* | : | |

**MOTION FOR LEAVE TO FILE RESPONSIVE PLEADING**

Plaintiff, Cogent Computer Systems, Inc., hereby requests leave to file a responsive pleading in connection with Defendant's Motion to Dismiss or Alternatively Motion to Stay and Compel Arbitration.

As grounds for its request for a leave to file a responsive pleading, Plaintiff states the Motion to Dismiss was initially filed by Defendant on August 8, 2006. This pleading was eight (8) pages and was accompanied by a Declaration of April McLain. Plaintiff filed its Response in Opposition to the Motion on August 25, 2006 to address the legal and factual issues set forth therein. The Notice of the scheduling of the hearing on Defendant's Motion was sent to all parties on August 30, 2006. Plaintiff received Defendant's Reply Brief with accompanying Declaration on September 12, 2006.

Defendant has filed a twenty (20) page Reply Brief raising new legal issues and arguments that were not addressed in Defendant's initial motion or Plaintiff's Opposition. In addition, Defendant submitted a Declaration of an additional witness which purports to contradict the Affidavit submitted by Cogent's principal, Michael Kelly. Plaintiff requests leave to file a responsive pleading in order to fully respond to the legal and factual issues raised in Defendant's Reply Brief.

Granted. David L Martin
USMJ
9-14-06