UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. *Plaintiff* | : | |
| VS. | : | C.A. NO. 06-280 S |
| TURBOCHEF TECHNOLOGIES, INC. *Defendant* | : | |

**MOTION FOR CONTINUANCE OF HEARING**

Plaintiff, Cogent Computer Systems, Inc., hereby requests a short continuance of the hearing presently scheduled for September 18, 2006 at 10:00 a.m. before Magistrate Judge David L. Martin on Defendant's Motion to Dismiss or Alternatively Motion to Stay and Compel Arbitration. The Notice of the scheduling of the hearing was sent to all parties on August 30, 2006.

As grounds for its request for a continuance, Plaintiff states that it received Defendant's Reply Brief with accompanying Declaration on September 12, 2006 and needs additional time to respond. Defendant has filed a twenty (20) page brief raising new legal issues and arguments that were not addressed in Defendant's initial motion or Plaintiff's Opposition. In addition, Defendant submitted a Declaration of an additional witness which purports to contradicts the Affidavit submitted by Cogent's principal, Michael Kelly.

Granted
David L. Martin
USMJ
9-14-06