UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **COGENT COMPUTER SYSTEMS, INC.**<br>***Plaintiff*** | : | |
| | : | |
| **VS.** | : | **C.A. NO. 06-280 S** |
| | : | |
| **TURBOCHEF TECHNOLOGIES, INC.**<br>***Defendant*** | : | |

**SUPPLEMENTAL AFFIDAVIT OF MICHAEL J. KELLY**

I, Michael J. Kelly, under oath do hereby state and depose as follows:

1. I am an owner and Vice President of Engineering for Cogent Computer Systems, Inc. ("Cogent") Cogent is in the business of developing, designing, constructing and distributing standard and custom electronic micro computer systems, subassemblies and associated modules for use by its customers in their particular products. The statements set forth herein are based upon my personal knowledge as Vice President of Cogent, and are based upon the documents and communications maintained in the regular course of Cogent's business.

2. These statements are made in my personal capacity and as in my capacity as owner and officer of Cogent. Prior to making these statements I reviewed the business records, files and computer records of Cogent. In addition, I made inquiries of Cogent employee's regarding the pertinent documents.

3. Cogent received the Purchase Order from Turbochef by facsimile on or about January 18 or 19, 2006.

4. I did not speak to Terry Gray on January 25, 2006 to inform him that Cogent had not received the Purchase Order because Cogent had received the Purchase Order on January 18 or 19, 2006. The conversation with Terry Gray on January 25, 2006 concerned the timing of the payment of the $89,500 deposit.

5. After receiving the Purchase Order on or about January 18, 2006, Cogent began work on the TurboChef design project in order to fulfill the Purchase Order. In particular, Cogent began reviewing design schematics and capturing of symbols. Thus, I immediately sent the Non-Disclosure Agreement to TurboChef in order to protect Cogent's design and technical information with respect to the schematics for the single board micro computer to be designed and constructed for TurboChef. This Agreement was executed by TurboChef on or about January 19, 2006. (The Agreement was attached to my previous affidavit as *Exhibit 5*). Cogent began its work pursuant to the Purchase Order prior to receiving the deposit from TurboChef.

6. Terry Gray did not call me on January 25, 2006 regarding faxing a second Purchase Order containing the Additional Terms and Conditions. We did not have a discussion about resetting my fax machine so that it could be resent on January 26, 2006.

7. Cogent did not receive the amended Purchase Order with the Additional Terms and Conditions from Cogent. As previously stated, during this time period to the present, it has been Cogent's custom and practice to print copies of all faxes received and retain them in a customer's file. After a diligent search and inquiries by Cogent of its employees, the amended Purchase Order was not found in any of Cogent's files or computer records.

8. Cogent never objected to the terms of the amended Purchase Order because it never received the amended Purchase Order. Likewise, Cogent did not expressly accept the terms of the amended Purchase Order.

9. Apart from work associated with this transaction, Cogent has had no prior or subsequent business dealings with TurboChef.

Further affiant sayeth not.

Michael J. Kelly

**STATE OF RHODE ISLAND**
**COUNTY OF PROVIDENCE**

In Providence in said County on the ~~28th~~ 2nd day of ~~September~~ October, 2006 before me personally appeared **MICHAEL J. KELLY,** each and all to me known, and known by me to be the party executing the foregoing instrument and he acknowledged said instrument, by him executed to be his free act and deed.

Debra A. Brousseau

Debra A. Brousseau, Notary Public
My Commission Expires: 5/6/10

## CERTIFICATION

I hereby certify that on this 28th day of September 2006, I did send a true copy of the within document by electronic means (ECF) to:

David A. Wollin
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
dwolin@apslaw.com

Debra A. Brousseau