UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-280 S |
| | : | |
| TURBOCHEF TECHNOLOGIES, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that TurboChef Technologies, Inc. ("Turbochef"), defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from a January 18, 2008 Decision and Order entered in this action on the 24th day of January, 2008, adopting the April 26, 2007 Report and Recommendation of U.S. Magistrate Judge David Martin and denying Turbochef's Motion to Dismiss or, Alternatively, to Stay and Compel Arbitration.

Dated: January 29, 2008

Respectfully submitted,

/s/ *David A. Wollin*
David A. Wollin, #4950
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607

*Attorneys for Defendant TurboChef Technologies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January, 2008, I did send a true copy of the within document by electronic means (ECF) to the Clerk of the Court and the following:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

/s/ *David A. Wollin*

*442473_1.doc*