UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

1. CASE NUMBER: CA06-280**S**

2. TITLE OF CASE: Cogent Computer Systems, Inc.
V.
TurboChef Technologies, Inc.

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT (S):

**Christine M. Curley**
275 Beacon Drive
North Kingstown, RI 02852

4. NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):

**David A. Wollin**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903

5. Name of Judge : **William E. Smith**

| | | | | |
|---|---|---|---|---|
| 6. | COURT-APPOINTED COUNSEL | YES | x | NO |
| | FEE PAID | YES | x | NO |
| | RECEIPT | | | |
| 8. | IN FORMA PAUPERIS | YES | x | NO |
| 9. | GUIDELINES CASE | YES | X | NO |
| 10. | RELATED CASE ON APPEAL | YES | x | NO |
| | C.C.A. # (IF AVAILABLE) | | | |
| | DATE OF LAST N.O.F.A. FILED | | | |

11. SPECIAL COMMENTS: Enclosed please find original pleading file as well as certified copy of docket sheet.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

January 29, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Case Title: Cogent Computer Systems, Inc. v. TurboChef Technologies, Inc.
CA06-280S

Dear Mr. Donovan:

Enclosed herewith you will find the Notice of Appeal together with a certified copy of the docket entries in the above case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

David A. DiMarzio
Clerk of Court
Wendy Geile
Wendy Geile
DEPUTY CLERK

Enc: NOA, Certified Docket, Copy of Court File, Transcripts Dated 6/21/07 (Doc.#25) and 10/4/06 (Doc.#21)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David A. DiMarzio, Clerk of the United States District court for the District of Rhode Island, do hereby certify that the foregoing contains all the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, on the 29th day of January 2008.

David A. DiMarzio, CLERK

Wendy Geile

BY: *Wendy Geile*
DEPUTY CLERK