UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC.<br>*Plaintiff* | : | |
| VS. | : | C.A. NO. 06-280 S |
| TURBOCHEF TECHNOLOGIES, INC.<br>*Defendant* | : | |

**OPPOSITION TO DEFENDANT TURBOCHEF'S MOTION TO STAY PENDING OUTCOME OF APPEAL**

Cogent Computer Systems, Inc. ("Cogent") hereby objects to Defendant TurboChef Technologies, Inc.'s ("TurboChef") motion to stay the above-captioned case, including any response to Plaintiff's complaint, until after a decision has been rendered on TurboChef's appeal of this Court's January 18, 2008 Decision and Order adopting the April 26, 2007 Report and Recommendation of the U.S. Magistrate Judge Martin denying TurboChef's Motion to Dismiss or, Alternatively, to Stay and Compel Arbitration, on the grounds that the Federal Arbitration Act does not require that an automatic stay be granted pending appeal, that the equities and considerable delay in proceeding with Plaintiff's case militate in favor of allowing discovery; and that such discovery would not be outside the scope of permissible discovery in arbitration.

In further support of its opposition, Cogent relies upon the accompanying Memorandum of Law.

COGENT COMPUTER SYSTEMS, INC.
By its Attorney,

/s/Peter P.D.Leach

Peter P.D. Leach (#3955)
One Charles Street
Providence, RI 02904
(401) 521-9100
Fax (401) 521-9120
PeterleachLaw@aol.com

/s/ Christine M. Curley
Christine M. Curley
275 Beacon Drive
North Kingstown, RI 02852
(401) 294-0847
Fax. (401) 294-0849
christinecurley@earthlink.net

**CERTIFICATION**

I hereby certify that on this 19th day of February 2008, I did send a true copy of the within document by electronic means (ECF) to:

David A. Wollin
ADLER POLLOCK & SHEEHAN, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
dwollin@apslaw.com

/s/ Christine M. Curley