UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COGENT COMPUTER SYSTEMS, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-280 S |
| | : | |
| TURBOCHEF TECHNOLOGIES, INC. | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Cogent Computer Systems, Inc. and Defendant TurboChef Technologies, Inc. hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-referenced case shall be dismissed with prejudice, no attorneys' fees or costs to either party.

COGENT COMPUTER SYSTEMS, INC.
By its Attorneys,

*Peter P.D. Leach*
PETER P.D. LEACH (#3955)
One Charles Street
Providence, RI 02904
Tel: (401) 521-9100
Fax: (401) 521-9120
Dated: March 26, 2008

TURBOCHEF TECHNOLOGIES, INC.
By its Attorneys,

*David A. Wollin*
DAVID A. WOLLIN (#4950)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Dated: March 26, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2008, I did send a true copy of the within document by electronic means (ECF) to:

Peter P.D. Leach, Esq.
One Charles Street
Providence, RI 02904

Christine M. Curley, Esq.
275 Beacon Drive
North Kingstown, RI 02852

/s/ *David A. Wollin*

*448723.1*