06-00280
USDC/RI
Smith, J

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 08-1158

COGENT COMPUTER SYSTEMS, INC.

Plaintiff - Appellee

v.

TURBOCHEF TECHNOLOGIES, INC.

Defendant - Appellant

### JUDGMENT

Entered: March 27, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/27/08

By the Court:
Richard Cushing Donovan, Clerk

By: [illegible] Y B. LEDER[illegible]
Appeals Attorney

[cc: Peter Leach, Esq., David Wollin, Esq.]